# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-4376

———————————————

ALTAONY LEMOR CASON,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

———————————————

On appeal from the Circuit Court for Alachua County.
Phillip A. Pena, Judge.

January 14, 2019

PER CURIAM.

Altaony Cason argues that his two convictions for resisting an officer without violence violate the prohibition against double jeopardy because both convictions were based on one continuous criminal episode, albeit involving two officers. The State concedes error, and we agree. *E.g.*, *R.J.R. v. State*, 88 So. 3d 264, 266–68 (Fla. 1st DCA 2012); *D.A.R. v. State*, 22 So. 3d 850, 851 (Fla. 4th DCA 2009); *Fogle v. State*, 754 So. 2d 878, 879 (Fla. 1st DCA 2000). We reverse and remand for the trial court to vacate one of the convictions. *See Johnson v. State*, 246 So. 3d 1277 (Fla. 1st DCA 2018).

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Robin B. Rogers, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Brooke Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.